**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

September 9, 2022

**BY ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Sq.
New York, New York 10007



Re:     Veronica Maddy v. Blossom Kitchen & Bath Supply Corp.; 1:22-5234-KPF

To the Honorable Judge Failla,

    Plaintiff submits this letter-motion tan adjournment of the initial pretrial conference, currently scheduled for September 13, 2022. Plaintiff has yet to effectuate service upon the Defendant herein, despite numerous attempts to do so. Plaintiff will continue its efforts to diligently and swiftly serve the Defendant with the action. As such, Plaintiff respectfully requests that the initial pretrial be adjourned to October 18, 2022 to allow time for service to be effectuated and for the Defendant to appear. If Defendant does not appear in the action leading up to the new conference date, Plaintiff will move for a default judgment in accordance with Your Honor's rules.

**Respectfully,**

**/s/ Mars Khaimov**

```
Application GRANTED.  The initial pretrial conference
scheduled to take place on September 13, 2022, is hereby
ADJOURNED to October 28, 2022, at 11:00 a.m.

The Clerk of Court is directed to terminate the pending
motion at docket entry 6.

Dated:      September 9, 2022           SO ORDERED.
            New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE